Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **V.S. Investment Assoc LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | V S Investments Assoc, LLC |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-2404980** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **4415 Priest Point Dr. NW** **Marysville, WA 98271-6814** Number, Street, City, State & ZIP Code **Snohomish** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **2463, 2465, 2467 and 2469 South College Street Seattle, WA 98144** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **V.S. Investment Assoc LLC**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Debtor **V.S. Investment Assoc LLC**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | V.S. Investment Assoc LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 29, 2020**
MM / DD / YYYY

**X /s/ Valentin Stelmakh**
Signature of authorized representative of debtor

**Valentin Stelmakh**
Printed name

Title **Member**

**18. Signature of attorney**

**X /s/ Brad Puffpaff**
Signature of attorney for debtor

Date **May 29, 2020**
MM / DD / YYYY

**Brad Puffpaff 46434**
Printed name

**Bountiful Law PLLC**
Firm name

**4620 200th Street**
**Suite D**
**Lynnwood, WA 98036**
Number, Street, City, State & ZIP Code

Contact phone **425-775-9700**  Email address

**46434 WA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | V.S. Investment Assoc LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alpine Homes NW LLC  24106 7th Ave SE  Bothell, WA 98021-9309 | | Notice Only | | | | $0.00 |
| BRMK Lending LLC  1420 5TH AVE STE 2000  Seattle, WA 98101-1348 | | 2463, 2465, 2467, and 2469 South College Street, Seattle, WA 98144 | | $3,722,105.46 | $3,273,000.00 | $449,105.46 |
| City of Seattle Department of Finance  700 Fifth Avenue #4250  Seattle, WA 98104 | | Notice | | | | $0.00 |
| Cyan Funding LLC  3000 Northup Way Suite 100  Bellevue, WA 98004 | | 319 75th St, Everett, WA 98203 | | $925,000.00 | $457,800.00 | $467,200.00 |
| Department of Transportation  State of Washington  PO Box 47300  Olympia, WA 98504 | | Notice | | | | $0.00 |
| Dept of Labor & Industries  PO Box 44170  Olympia, WA 98504 | | Notice | | | | $0.00 |
| Ecocline Exc. & Utilities LLC  13822 NE 80th St  Redmond, WA 98052-4040 | | 2463, 2465, 2467, and 2469 South College Street, Seattle, WA 98144 | | $137,205.00 | $3,273,000.00 | $137,205.00 |

| Debtor | V.S. Investment Assoc LLC | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **INTERNAL REVENUE SERVICE SPECIAL PROCEDURES**<br>**915 1st AVE**<br>**M/S 244**<br>**Seattle, WA 98174** | | **Notice** | | | | $0.00 |
| **Jacob Stelmarkh**<br>**10405 3rd Ave SE**<br>**Everett, WA 98208** | | **Business Loan** | | | | $150,000.00 |
| **James H Allendoerfer**<br>**1322 Avenue D**<br>**Snohomish, WA 98290** | | **Notice** | | | | $0.00 |
| **Joseph Stelmarkh**<br>**10405 3rd Ave SE**<br>**Everett, WA 98208** | | **Business Loan** | | | | $185,000.00 |
| **King County Treasury Operation**<br>**500 Fourth Avenue Room 600**<br>**Seattle, WA 98104** | | **Notice** | | | | $0.00 |
| **Paul Fedoroy**<br>**2227 Merchant Way**<br>**Everett, WA 98208** | | **business loan** | | | | $13,300.00 |
| **Paul Greben**<br>**24106 7th Ave SE**<br>**Bothell, WA 98021-9309** | | **2463, 2465, 2467, and 2469 South College Street, Seattle, WA 98144** | | $598,500.00 | $3,273,000.00 | $598,500.00 |
| **Sandler Architects LLC**<br>**927 Rainier Ave S.**<br>**Seattle, WA 98144-2839** | | **319 75th St, Everett, WA 98203** | | Unknown | $457,800.00 | Unknown |
| **Seattle Dept of Construction and Inspections**<br>**700 5th Avenue Suite 2000**<br>**Seattle, WA 98124-4019** | | **notice** | | | | $0.00 |
| **Seattle Dept of Transportation**<br>**PO Box 34996**<br>**Seattle, WA 98124-4996** | | **Notice** | | | | $0.00 |
| **Seattle Public Utilities**<br>**700 5th Avenue**<br>**Seattle, WA 98104** | | **Notice** | | | | $0.00 |

| Debtor | **V.S. Investment Assoc LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Serhiy Pashchuk**<br>**29759 3rd Ave S**<br>**Federal Way, WA**<br>**98003** | | **Notice** | | | | **$0.00** |
| **Stay Cool AC & Heating**<br>**29759 3rd Ave S**<br>**Federal Way, WA**<br>**98003** | | **Services** | | | | **$12,300.00** |

ALPINE HOMES NW LLC
24106 7TH AVE SE
BOTHELL, WA 98021-9309


ARNIE WILLIG
HACKER & WILLIG, PLLC
520 PIKE STREET, SUITE 2500
SEATTLE, WA 98101


BRMK LENDING LLC
1420 5TH AVE STE 2000
SEATTLE, WA 98101-1348


BRMK LENDING LLC
C/O RSC CORPORATION
1201 3RD AVE STE 3400
SEATTLE, WA 98101-3268


CITY OF SEATTLE
DEPARTMENT OF FINANCE
700 FIFTH AVENUE #4250
SEATTLE, WA 98104


CITY OF SEATTLE
DEPT OF PLANNING AND DEV
700 5TH AVE SUITE 1800
SEATTLE, WA 98124-4019


CYAN FUNDING LLC
3000 NORTHUP WAY
SUITE 100
BELLEVUE, WA 98004


DEPARTMENT OF TRANSPORTATION
STATE OF WASHINGTON
PO BOX 47300
OLYMPIA, WA 98504


DEPT OF LABOR & INDUSTRIES
PO BOX 44170
OLYMPIA, WA 98504


DEPT. OF JUSTICE TAX DIVISION
PO BOX 683
BEN FRANKLIN STATION
WASHINGTON, DC 20217

ECOCLINE EXC. & UTILITIES LLC
13822 NE 80TH ST
REDMOND, WA 98052-4040


FIRST FINANCIAL NORTHWEST BANK
PO BOX 360
RENTON, WA 98057-0360


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
915 1ST AVE
M/S 244
SEATTLE, WA 98174


INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21125
PHILADELPHIA, PA 19114


INTERNAL REVENUE SERVICE
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779


JACOB STELMARKH
10405 3RD AVE SE
EVERETT, WA 98208


JAMES H ALLENDOERFER
1322 AVENUE D
SNOHOMISH, WA 98290


JOSEPH STELMARKH
10405 3RD AVE SE
EVERETT, WA 98208


KING COUNTY ATTORNEY
KING COUNTY COURTHOUSE
516 THIRD AVENUE RM W554
SEATTLE, WA 98104-2362


KING COUNTY TREASURY OPERATION
500 FOURTH AVENUE
ROOM 600
SEATTLE, WA 98104

```
PAUL FEDOROY
2227 MERCHANT WAY
EVERETT, WA 98208


PAUL GREBEN
24106 7TH AVE SE
BOTHELL, WA 98021-9309


PBRELF I, LLC
ONE UNION SQUARE
600 UNITVERSITY STREET
STE 1800
WA 98910-1000


SANDLER ARCHITECTS LLC
927 RAINIER AVE S.
SEATTLE, WA 98144-2839


SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE
SUITE 2050
SEATTLE, WA 98104


SEATTLE DEPT OF CONSTRUCTION
AND INSPECTIONS
700 5TH AVENUE
SUITE 2000
SEATTLE, WA 98124-4019


SEATTLE DEPT OF TRANSPORTATION
PO BOX 34996
SEATTLE, WA 98124-4996


SEATTLE PUBLIC UTILITIES
700 5TH AVENUE
SEATTLE, WA 98104


SERHIY PASHCHUK
29759 3RD AVE S
FEDERAL WAY, WA 98003


SNOHOMISH COUNTY PUD
PO BOX 1107
EVERETT, WA 98206-1100
```

SNOHOMISH COUNTY TREASURER
3000 ROCKEFELLER AVE
M/S 501
EVERETT, WA 98201


STATE OF WA DOR
PO BOX 4400
OLYMPIA, WA 98504


STAY COOL AC & HEATING
29759 3RD AVE S
FEDERAL WAY, WA 98003


STUART HEATH
ELLIOTT BAY ASSET SOLUTIONS
2535 152ND AVENUE NE
SUITE B2
REDMOND, WA 98052


UNITED STATES ATTORNEY
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


VERISTONE FUNDING LLC
6725 116TH AVENUE NE
SUITE 210
KIRKLAND, WA 98033

In re **V.S. Investment Assoc LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **V.S. Investment Assoc LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 29, 2020** | **/s/ Brad Puffpaff** |
| Date | **Brad Puffpaff 46434** |
| | Signature of Attorney or Litigant |
| | Counsel for **V.S. Investment Assoc LLC** |
| | **Bountiful Law PLLC** |
| | **4620 200th Street** |
| | **Suite D** |
| | **Lynnwood, WA 98036** |
| | **425-775-9700 Fax:425-645-8088** |