Arnold M. Willig
Elizabeth H. Shea
Charles L. Butler, III
HACKER & WILLIG, INC., P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 340-1935
Fax: (206) 340-1936

Attorneys for Secured Creditor BRMK Lending, LLC

The Honorable Judge Christopher M. Alston
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re: | No. 20-11541-CMA |
| V.S. INVESTMENT ASSOC., LLC | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO THE: CLERK OF THE BANKRUPTCY COURT;
AND TO: THE HONORABLE JUDGE CHRISTOPHER M. ALSTON;
AND TO: Brad L. Puffpaff, Attorney for Debtor;
AND TO: All Other Parties in Interest:

PLEASE TAKE NOTICE that Arnold M. Willig and HACKER & WILLIG, INC., P.S., hereby appear as attorneys for secured creditor, BRMK Lending, LLC, successor by merger to PBRELF I, LLC, and hereby request notice pursuant to Bankruptcy Rule 2002 and special notice of all motions, applications, hearings, orders, writings, proceedings and the like in the above-captioned matter, including, but not limited to the following:

(a) All matters and papers which must be sent to creditors, equity security holders, or an unsecured creditors' committee, if any were to be appointed;

**NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 1**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101-1385
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 12    Filed 06/09/20    Ent. 06/09/20 13:08:35    Pg. 1 of 3

1     (b) All matters regarding use, sale, or lease of the Debtor's property under §363 of the Bankruptcy Code;

    (c) All matters regarding relief from the automatic stay under §362 of the Bankruptcy Code;

    (d) All matters regarding obtaining credit under §364 of the Bankruptcy Code;

    (e) All matters regarding executory contracts and unexpired leases under §365 of the Bankruptcy Code;

    (f) All matters regarding the time requirements to file claims against the Debtor;

    (g) All matters regarding any adversary proceeding filed by or against the Debtor; and

    (h) All documents filed by any party in any adversary proceeding.

All such notices and papers should be sent to the address below:

> Arnold M. Willig, Esq.
> HACKER & WILLIG, INC, P.S.
> 520 Pike Street, Suite 2500
> Seattle, Washington 98101-1385

DATED this 9th day of June, 2020.

> Respectfully submitted,
>
> HACKER & WILLIG, INC., P.S.
>
> */s/ Arnold M. Willig*
> Arnold M. Willig, WSBA #20104
> Elizabeth H. Shea, WSBA #27189
> Charles L. Butler, III, WSBA #36893
> Attorneys for BRMK Lending, LLC

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 2**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101-1385
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 12    Filed 06/09/20    Ent. 06/09/20 13:08:35    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 9th day of June, 2020.

        Respectfully submitted,

        HACKER & WILLIG, INC., P.S.

        */s/ Annaliese Sier*
        Annaliese Sier, Paralegal

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 3**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101-1385
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 12    Filed 06/09/20    Ent. 06/09/20 13:08:35    Pg. 3 of 3