Bountiful Law, PLLC
4620 200th Street SW, Ste D
Lynnwood, WA 98036
Telephone: (425) 775-9700
Facsimile: (425) 645-8088

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 11 |
| V.S. INVESTMENT ASSOC., LLC, | NO. **20-11541** |
| | EX PARTE APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF BOUNTIFUL LAW, PLLC AS LEGAL COUNSEL FOR THE ESTATE |
| Debtor(s). | |

V.S. Investment Assoc., LLC., the debtor-in-possession ("Debtor") in this Chapter 11 case apply to this Court, pursuant to 11 U.S.C. Section 1103, for an order authorizing the employment of Bountiful Law, PLLC as legal counsel for the estate.

In support of this application, the Debtor respectfully represents:

1.     On May 29th, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

2.     The Debtor seeks authority to appoint Bountiful Law, PLLC as legal counsel for

Application to Employ

Bountiful Law, PLLC
4620 200th St. SW, Ste D
Lynnwood, WA 98036
(425)775-9700;  Fax (425)633-2465

the estate of the case referenced above. Attached to this Application are copies of the Engagement Letter marked as Exhibit "A".

      3.     The professional services that Bountiful Law, PLLC will render include:

      a.   Assisting the Debtor in the investigation of the financial affairs of the estate;

      b.   Providing legal advice and assistance to the Debtor with respect to matters relating to this case and creditor distribution;

      c.   Preparing all pleadings necessary for proceedings arising under this case; and

      d.   Performing all necessary legal services for the estate in relation to this case.

      4.     Bountiful Law, PLLC will charge its standard rate, more specifically rendered will be billed at: $350.00 per hour for Lawrence Blue, $300.00 per hour for Brad Puffpaff, $200.00 per hour for contract attorneys, $125.00 an hour for paralegal fees, and legal secretary fees at $75.00 an hour for services rendered and will seek reimbursement for costs and expenses incurred in relation to representation of the estate.

      5.     As stated in the concurrently filed Declaration of Brad L. Puffpaff, Bountiful Law, PLLC believes that it and its attorneys (a) do not hold or represent any interest adverse to the interests of the estate, and (b) are disinterested persons within the meaning of 11 U.S.C. Section 101.

      6.     Bountiful Law, PLLC received a combined $8,000.00 retainer from V.S. Investments Assoc., LLC., that is currently held in trust, to pay for post-petition services. The funds will be applied only after the approval of a fee application following notice and a hearing. Subject to Court approval, the Debtor may augment the amount held in trust as necessary to pay ongoing fees as approved by the Court. Bountiful Law, PLLC will submit further interim and

Application to Employ

final applications for compensation and reimbursement in accordance with all orders of the Court and other applicable laws and rules.

7.     Bountiful Law, PLLC does not hold a pre-petition claim against the Debtor, and does not hold an administrative claim for the bankruptcy preparation performed immediately prior to filing.

8.     This application is supported by the Declaration of Brad L. Puffpaff filed herewith.

BASED on the foregoing, the Debtor respectfully requests the Court's authorization to appoint and employ Bountiful Law, PLLC as interim counsel for the estate, subject to approval of any post-petition retainers and subject to final approval of the application after notice and a hearing.

Dated this 10th day of June 2020.

V.S. Investment Assoc., LLC.

/S/ Valentin Stelmakh
Valentin Stelmakh, Member

Submitted by:

/s/ Brad L. Puffpaff
WSBA No. 46434

Application to Employ