AHMET AMD STEPHANIE GURBUZ
500 106TH AVE NE
UNIT 3101
BELLEVUE, WA 98004


ALPINE HOMES NW LLC
24106 7TH AVE SE
BOTHELL, WA 98021-9309


ALPINE HOMES NW, LLC
24106 7TH AVE SE
BOTHELL, WA 98021-9309


ARNIE WILLIG
HACKER & WILLIG, PLLC
520 PIKE STREET, SUITE 2500
SEATTLE, WA 98101


BRMK LENDING LLC
1420 5TH AVE STE 2000
SEATTLE, WA 98101-1348


BRMK LENDING LLC
C/O RSC CORPORATION
1201 3RD AVE STE 3400
SEATTLE, WA 98101-3268


CITY OF SEATTLE
DEPARTMENT OF FINANCE
700 FIFTH AVENUE #4250
SEATTLE, WA 98104


CITY OF SEATTLE
DEPT OF PLANNING AND DEV
700 5TH AVE SUITE 1800
SEATTLE, WA 98124-4019


CITY OF SEATTLE
TREASURY DEPT A/R
PO BOX 94626
SEATTLE, WA 98124-6926


CYAN FUNDING LLC
3000 NORTHUP WAY
SUITE 100
BELLEVUE, WA 98004

```
DEPARTMENT OF TRANSPORTATION
STATE OF WASHINGTON
PO BOX 47300
OLYMPIA, WA 98504


DEPT OF LABOR & INDUSTRIES
PO BOX 44170
OLYMPIA, WA 98504


DEPT. OF JUSTICE TAX DIVISION
PO BOX 683
BEN FRANKLIN STATION
WASHINGTON, DC 20217


ECOCLINE EXC. & UTILITIES LLC
13822 NE 80TH ST
REDMOND, WA 98052-4040


FIRST FINANCIAL NORTHWEST BANK
PO BOX 360
RENTON, WA 98057-0360


HELSELL & FETTERMAN
1001 FOURTH AVE
SUITE 4200
SEATTLE, WA 98154-1154


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
915 1ST AVE
M/S 244
SEATTLE, WA 98174


INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21125
PHILADELPHIA, PA 19114


INTERNAL REVENUE SERVICE
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779


JACOB STELMARKH
10405 3RD AVE SE
EVERETT, WA 98208
```

JAMES H ALLENDOERFER
1322 AVENUE D
SNOHOMISH, WA 98290


JOSEPH STELMARKH
10405 3RD AVE SE
EVERETT, WA 98208


KING COUNTY ATTORNEY
KING COUNTY COURTHOUSE
516 THIRD AVENUE RM W554
SEATTLE, WA 98104-2362


KING COUNTY TREASURY OPERATION
500 FOURTH AVENUE
ROOM 600
SEATTLE, WA 98104


PAUL FEDOROY
2227 MERCHANT WAY
EVERETT, WA 98208


PAUL GREBEN
24106 7TH AVE SE
BOTHELL, WA 98021-9309


PBRELF I, LLC
ONE UNION SQUARE
600 UNITVERSITY STREET
STE 1800
WA 98910-1000


PMT SOLUTIONS LLC
2330 130TH AVE NE STE 101
BELLEVUE, WA 98005


SANDLER ARCHITECTS LLC
927 RAINIER AVE S.
SEATTLE, WA 98144-2839


SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE
SUITE 2050
SEATTLE, WA 98104

SEATTLE DEPT OF CONSTRUCTION
AND INSPECTIONS
700 5TH AVENUE
SUITE 2000
SEATTLE, WA 98124-4019


SEATTLE DEPT OF TRANSPORTATION
PO BOX 34996
SEATTLE, WA 98124-4996


SEATTLE PUBLIC UTILITIES
700 5TH AVENUE
SEATTLE, WA 98104


SERHIY PASHCHUK
29759 3RD AVE S
FEDERAL WAY, WA 98003


SNOHOMISH COUNTY PUD
PO BOX 1107
EVERETT, WA 98206-1100


SNOHOMISH COUNTY TREASURER
3000 ROCKEFELLER AVE
M/S 501
EVERETT, WA 98201


STATE OF WA DOR
PO BOX 4400
OLYMPIA, WA 98504


STAY COOL AC & HEATING
29759 3RD AVE S
FEDERAL WAY, WA 98003


STUART HEATH
ELLIOTT BAY ASSET SOLUTIONS
2535 152ND AVENUE NE
SUITE B2
REDMOND, WA 98052


UNITED STATES ATTORNEY
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101

VALENTIN & VIKTORIYA STELMAKH
4415 PRIEST POINT DR. NW
MARYSVILLE, WA 98271


VERISTONE FUNDING LLC
6725 116TH AVENUE NE
SUITE 210
KIRKLAND, WA 98033


WASHINGTON ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104