IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| In re: | No. 20-11541-CMA |
|---|---|
| V.S. INVESTMENTS ASSOC., LLC,<br><br>Debtor. | **ORDER GRANTING BRMK LENDING, LLC'S MOTION TO DISMISS OR FOR RELIEF FROM STAY TO PROCEED WITH RECEIVERSHIP** |

THIS MATTER was brought before the Court on the Motion of BRMK Lending, LLC ("BRMK"), a holder and beneficiary of a deed of trust against real property owned by V.S. Investments Assoc., LLC ("V.S. Investments" or the "Debtor").

BRMK's Motion sought an Order Dismissing the Bankruptcy or Granting Relief from Stay to allow the Receivership over property of the estate to move forward. BRMK has demonstrated that grounds exist to dismiss the bankruptcy and has also met the requirements for relief from the automatic stay under 11 U.S.C. § 362(d) and for abandonment under 11 U.S.C. § 554(b). Thus, BRMK respectfully requested that it be permitted to proceed with its state law remedies under its Promissory Note and Deed of Trust.

The subject Deed of Trust encumbers real property, 2467 South College Street, Seattle, Washington (the "College Street Property") and 4415 Priest Point Drive Northwest, Marysville,

ORDER GRANTING HERITAGE BANK'S MOTION TO
PROCEED WITH RECEIVERSHIP - 1

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 25-1    Filed 06/22/20    Ent. 06/22/20 16:44:10    Pg. 1 of 3

Washington 98271 (the "Priest Point Property") (collectively the "Properties").

THE COURT has considered the records and files herein, including BRMK's Motion, Declarations of Stuart Heath and Stephanie Jenkins filed in support thereof; and the Objection to BRMK's Motion to Dismiss and for Relief from Stay Re: Receivership. The Court FINDS that there is good cause for the relief requested, that the Motion was properly noticed and served, and that the record is complete as to BRMK's Motion. Now, therefore,

IT IS HEREBY ORDERED that BRMK may proceed with receivership of the Property in King County Superior Court and that pursuant to 11 U.S.C. §§ 362(a) and 362(d), the automatic stay, to the extent it applied to the Property, is terminated as to BRMK, so that BRMK may pursue receivership or other state law remedies, to enforce its security interest in the Property and/or as to enforcement of the loan obligations secured by two Deeds of Trust that is the subject BRMK's Motion, in particular against the College Street Property described as follows:

> Lots 1 and 2, Block "B", CITY GARDEN, according to the plat thereof recorded in Volume 10 of Plats, page 14, records of King County, Washington;
>
> EXCEPT the Westerly 20 feet of Lots 1 and 2 (measured along the North line of Lot 1 and the South line of Lot 2);
>
> AND EXCEPT the South 10 feet of Lot 2, (measured along the East line of said Lot 2).
>
> SITUATE in the County of King, State of Washington.
>
> PHYSICAL ADDRESS: 2463, 2465, 2467, and 2469 South College Street, Seattle, WA 98144
>
> ASSESSOR'S TAX PARCEL NO.: 159460-0090-08

And the litigation arising out of the breach of the contract to sell such property. And it is further

ORDERED that pursuant to 11 U.S.C. § 554(b), the Property and the associated litigation are hereby abandoned. And it is further

ORDERED that that the fourteen-day time frame set forth in FRBP 4001(a)(3) shall be,

ORDER GRANTING HERITAGE BANK'S MOTION TO
PROCEED WITH RECEIVERSHIP - 2

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 25-1    Filed 06/22/20    Ent. 06/22/20 16:44:10    Pg. 2 of 3

and hereby is waived and that the order shall be in full force and effect upon signature. And it is further

ORDERED that this case hereby DISMISSED, effectively immediately.

/// End of Order ///

Presented by:

HACKER & WILLIG, INC., P.S.

*/s/ Arnold M. Willig*
Arnold M. Willig, WSBA #20104
Elizabeth H. Shea, WSBA #27189
Charles L. Butler, III, WSBA #36893
Attorneys for Petitioner
BRMK Lending, LLC

**ORDER GRANTING HERITAGE BANK'S MOTION TO PROCEED WITH RECEIVERSHIP - 3**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 25-1    Filed 06/22/20    Ent. 06/22/20 16:44:10    Pg. 3 of 3