The Honorable Judge Christopher M. Alston
**Chapter 11**
Hearing Date: July 16, 2020
Hearing Time: 9:30 AM
Hearing Location: *Telephonic*
Response Date: July 9, 2020

Arnold M. Willig
Elizabeth H. Shea
Charles L. Butler, III
HACKER & WILLIG, INC., P.S.
520 Pike Street, Suite 2500
Seattle, Washington 98101-3225
Tel. (206) 340-1935

Attorneys for Secured Creditor BRMK Lending, LLC

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re:

V. S. INVESTMENT ASSOC., LLC,

Debtor.

No. 20-11541-CMA

**NOTICE OF HEARING ON BRMK LENDING, LLC'S MOTION TO DISMISS BANKRUPTCY OR FOR RELIEF FROM STAY AND ABANDONMENT TO PROCEED WITH RECEIVERSHIP**

TO THE: CLERK OF THE BANKRUPTCY COURT;

AND TO: ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that HACKER & WILLIG, INC. P.S., as attorneys for Secured Creditor BRMK Lending, LLC, successor by merger to PBRELF I, LLC ("BRMK"), has filed a Motion to Dismiss Bankruptcy or for Relief from Stay to Proceed with Receivership. The Motion seeks relief from stay as to the following real property:

Lots 1 and 2, Block "B", CITY GARDEN, according to the plat thereof recorded in Volume 10 of Plats, page 14, records of King County, Washington;

**NOTICE OF HEARING -1**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 25-2    Filed 06/22/20    Ent. 06/22/20 16:44:10    Pg. 1 of 3

EXCEPT the Westerly 20 feet of Lots 1 and 2 (measured along the North line of Lot 1 and the South line of Lot 2);

AND EXCEPT the South 10 feet of Lot 2, (measured along the East line of said Lot 2).

SITUATE in the County of King, State of Washington.

PHYSICAL ADDRESS: 2463, 2465, 2467, and 2469 South College Street, Seattle, WA 98144

ASSESSOR'S TAX PARCEL NO.: 159460-0090-08

The relief from stay also seeks to allow pending litigation arising out of the breach of the contract to sell such property to go forward in King County Superior Court.

The hearing of this Motion will be held as follows:

| | | | |
|---|---|---|---|
| JUDGE: | Christopher M. Alston | TIME: | 9:30 a.m. |
| ROOM: | *Telephonic* | DATE: | Friday, July 16, 2020 |

Telephonic Hearing Instructions

(1) Dial: 1-888-363-4749

(2) Enter Access Code: 8955076#

(3) Press the # sign

(4) Enter Security Code when prompted: 3564#

(5) Speak your name when prompted

Copies of the supporting documents of the Motion may be obtained at the United States Bankruptcy Court Clerk's Office, or by contacting Arnold M. Willig at the address listed below.

If you oppose the Motion, you must file a written response with the Clerk of the United States Bankruptcy Court at 700 Stewart Street, Room 6301, Seattle, Washington 98101, and deliver copies to the undersigned at the address listed below NOT LATER THAN THE RESPONSE DATE, WHICH IS **JULY 9, 2020**, seven (7) days prior to the date set for hearing, per LBR 9013-1(d)(5). If no response is timely filed and served, the Court may, in its discretion, grant the

**NOTICE OF HEARING -2**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 25-2    Filed 06/22/20    Ent. 06/22/20 16:44:10    Pg. 2 of 3

1 | Motion prior to the hearing, without further notice, and strike the hearing.

3 | DATED this 22nd day of June, 2020.

Respectfully submitted,

HACKER & WILLIG, INC., P.S.

*/s/ Arnold M. Willig*
Arnold M. Willig, WSBA #20104
Elizabeth H. Shea, WSBA #27189
Charles L. Butler, III, WSBA #36893
HACKER & WILLIG, INC., P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
Attorneys for Secured Creditor
BRMK Lending, LLC

**NOTICE OF HEARING -3**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 25-2    Filed 06/22/20    Ent. 06/22/20 16:44:10    Pg. 3 of 3