| | |
|---|---|
| 1 | **The Honorable Judge Christopher M. Alston** |
| 2 | **Chapter 11** |
|   | Hearing Date: July 16, 2020 |
| 3 | Hearing Time: 9:30 AM |
|   | Hearing Location: *Telephonic* |
| 4 | Response Date: July 9, 2020 |

```
1    
2                                                    The Honorable Judge Christopher M. Alston
                                                     Chapter 11
3                                                    Hearing Date: July 16, 2020
                                                     Hearing Time: 9:30 AM
4                                                    Hearing Location: Telephonic
                                                     Response Date: July 9, 2020
5    Arnold M. Willig
     Elizabeth H. Shea
6    Charles L. Butler, III
     HACKER & WILLIG, INC., P.S.
7    520 Pike Street, Suite 2500
     Seattle, WA 98101
8    Phone: (206) 340-1935
     Fax: (206) 340-1936
9    
10   Attorneys for Secured Creditor BRMK Lending, LLC
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| In re: | No. 20-11541-CMA |
|---|---|
| V. S. INVESTMENT ASSOC., LLC,<br><br>  Debtor. | *ERRATUM* **REGARDING BRMK LENDING, LLC'S MOTION TO DISMISS BANKRUPTCY OR FOR RELIEF FROM STAY AND ABANDONMENT TO PROCEED WITH RECEIVERSHIP** |

The Motion to Dismiss Bankruptcy or for Relief from Stay and Abandonment filed by Secured creditor, BRMK Lending, LLC, successor by merger to PBRELF I, LLC ("BRMK"), by and through its attorneys, HACKER & WILLIG, INC., P.S., at Dkt. #25 contained a typographical error at pg. 4, ln. 7. That line should read:

"By January 2020, the College Street Property construction was largely complete, . . ."

The Clerk of the Court is respectfully requested to correct the record in this respect.

///

///

*ERRATUM* REGARDING BRMK LENDING, LLC'S
MOTION TO DISMISS BANKRUPTCY OR FOR RELIEF
FROM STAY AND ABANDONMENT - 1

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA   Doc 29   Filed 06/23/20   Ent. 06/23/20 16:39:51   Pg. 1 of 2

DATED this 23rd day of June, 2020.

Respectfully submitted,

HACKER & WILLIG, INC., P.S.

*/s/ Arnold M. Willig*
Arnold M. Willig, WSBA #20104
Elizabeth H. Shea, WSBA #27189
Charles L. Butler, III, WSBA #36893
Attorneys for Petitioner
BRMK Lending, LLC

*ERRATUM* REGARDING BRMK LENDING, LLC'S
MOTION TO DISMISS BANKRUPTCY OR FOR RELIEF
FROM STAY AND ABANDONMENT - 2

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 29    Filed 06/23/20    Ent. 06/23/20 16:39:51    Pg. 2 of 2