Sameer M. Alifarag
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

June 24, 2020

<u>**Via CM/ECF**</u>

Hilary Mohr
Office of the U.S. Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101

  Re: *VS Investment Assoc. LLC*, Case No. 20-11541-CMA
    Request to Note Motion on Chapter 13 Calendar

Dear Ms. Mohr:

The Court received your letter filed on June 24, 2020 [Docket No. 30], requesting permission to note a Motion to Dismiss on the Court's July 2, 2020 Chapter 13 Calendar. Please be advised that Judge Alston has granted your request. The moving party and any party who has filed a response to the motion shall appear by phone, using the following procedure:

- Dial: 1−888−363−4749
- Enter Access Code: 8955076#
- Press the # sign
- Enter Security Code: 3564#
- Speak your name when prompted

DO NOT put your phone on hold at any time after your call is connected. Please note that Judicial Conference policy does not allow bankruptcy court proceedings to be broadcast or recorded for the purpose of public dissemination. JCUS-Sep 94, pp. 46-47. By your voluntary participation in the hearing by telephone, you certify that you are not recording the proceedings.

Please do not hesitate to contact chambers should you have any questions.

       Sincerely,

       Sameer M. Alifarag
       Law Clerk to the Honorable Christopher M. Alston