UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | No. 20-11541 |
|---|---|
| V S INVESTMENTS ASSOC LLC, | DECLARATION OF YOUNG-MI PETTEYS IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE |
| Debtor. | |

I, Young-Mi Petteys, declare under penalty of perjury, as follows:

1.     I am more than 18 years of age and am competent to testify to the matters set forth below.

2.     I am a Bankruptcy Analyst employed by the Office of the United States Trustee ("UST").

3.     My duties for the UST include, but are not limited to, reviewing and analyzing schedules and statements of financial affairs, monthly financial reports, and other relevant documents or records relating to the financial affairs of debtors in bankruptcy.  I also conduct initial debtor interviews ("IDI") in chapter 11 cases, the purposes of which include obtaining information about the debtors, informing them of their financial reporting and quarterly fee obligations, and ensuring that they have appropriate insurance, and that their bank accounts are collateralized if necessary.   I reviewed the petition, schedules, and the Statement of Financial

Affairs (the "SOFA") filed in this case. I have also reviewed the documents submitted to our office in this case.

4. I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto. This declaration is filed in support of the Motion by the United States Trustee to Convert or Dismiss Chapter 11 Case.

5. V S Investment Assoc LLC (the "Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code on May 29, 2020.

6. On June 1, 2020, I set a date for the IDI and sent an email to Debtor's counsel informing him of the IDI, and the local rule requirement regarding proof of insurance. Per Local Rule 2015-1(b)(2), all insurance documents are to be received in our office seven days after filing, which was June 5, 2020. Our office received proof of insurance for real property located at 319 75th Street SE, Units A-J, Everett and commercial general liability insurance for the Debtor in a timely manner.

7. On June 15, 2020, the Debtor filed the balance of its schedules and SOFA. According to the Debtor's Schedule A/B, it owns real property located at 2463, 2465, 2467, and 2469 South College Street, Seattle, WA 98144.

8. On June 17, 2020, I held an IDI via telephone. The Debtor was represented by Viktoriya Stelmakh and Valentin Stelmakh, who are the two members/owners of the Debtor. Brad Puffpaff, counsel for the Debtor, also attended. Along with general information regarding the case, I discussed the Debtor's responsibility to maintain adequate insurance during the pendency of their chapter 11 case. I stated that after a review of the Schedules, it appears that I have not received proof of insurance for the real property located in Seattle. Mr. Puffpaff stated that there is forced placed insurance on the property and the Stelmakhs are actively looking to

purchase insurance for the Debtor. But, due to COVID-19 closure issues, they were having trouble getting a response. However, the Stelmakhs stated that they were confident that they would have the insurance in place soon.

9. On June 17, 2020, I sent an email following the IDI regarding insurance on the Seattle property. I stated that the proof of insurance must be received Monday, June 22, 2020 by the close of business. If proof of insurance is not received our office will file a motion to dismiss the Debtor's case due to lack of adequate insurance.

10. On the morning of June 23, 2020, I received an email from Mr. Puffpaff stating that the Debtor found an insurance company and is in the process of securing said insurance.

11. As of this declaration, our office has not received proof of insurance for the Debtor's property located in Seattle.

The foregoing statements are true and correct to the best of my knowledge.

DATED this 25th day of June, 2020.

/s/ Young-Mi Petteys
YOUNG-MI PETTEYS
Bankruptcy Analyst
Office of the United States Trustee