# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>V S INVESTMENTS ASSOC LLC,<br><br>Debtor. | No. 20-11541-CMA<br><br>ORDER CONVERTING CHAPTER 11 CASE |

THIS MATTER came before the Court upon the motion of the United States Trustee for an order dismissing or converting this case (the "Motion"). Appearances were as set forth on the record. The Court has reviewed and considered the Motion and any and all evidence submitted in support of an in opposition to the Motion, the records and files herein, and the oral argument of counsel, if any.

The Court finds that:

1. Notice of the Motion was timely and adequate;

2. Cause exists pursuant to § 1112(b) to convert this case to a case under chapter 7; and

3. In addition to the foregoing, any and all additional findings of fact and conclusions of law orally set forth on the record at the time of the hearing on the Motion are adopted and incorporated herein pursuant to Fed.R.Civ.P. 52(a) and Fed.R.Bank.P. 7052.

PROPOSED ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-11541-CMA    Doc 32-2    Filed 06/25/20    Ent. 06/25/20 08:18:38    Pg. 1 of 4

Based upon the foregoing,

IT IS HEREBY ORDERED THAT:

A. This chapter 11 case is converted to a case under chapter 7 of the Bankruptcy Code.

B. The Debtor shall do the following:

1) Immediately turn over to the chapter 7 trustee all records and property of the estate under the Debtor's custody and control as required by Bankruptcy Rule 1019(4);

2) Within 30 days of the date of this Order, file an accounting of all receipts and disbursements made, together with a schedule of all unpaid debts incurred after the commencement of the chapter 11 case, as required by Bankruptcy Rule 1019(5); and

3) Within 15 days of the date of this Order, file the statements and schedules required by Bankruptcy Rule 1019(1)(A) and 1007(b), if such documents have not already been filed.

C. The Clerk of the Court shall forthwith provide notice of the conversion of this case to the Debtor, all creditors, and other parties in interest.

///END OF ORDER///

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Hilary Bramwell Mohr*
Hilary Bramwell Mohr, WSBA #40005
Attorney for United States Trustee

PROPOSED ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-11541-CMA    Doc 32-2    Filed 06/25/20    Ent. 06/25/20 08:18:38    Pg. 2 of 4

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>V S INVESTMENTS ASSOC LLC,<br><br>Debtor. | No. 20-11541-CMA<br><br>ORDER DISMISSING CHAPTER 11 CASE |

THIS MATTER came before the Court upon the motion of the United States Trustee for an order dismissing or converting this case (the "Motion"). Appearances were as set forth on the record. The Court has reviewed and considered the Motion and any and all evidence submitted in support of an in opposition to the Motion, the records and files herein, and the oral argument of counsel, if any.

The Court finds that:

1. Notice of the Motion was timely and adequate;

2. Cause exists pursuant to § 1112(b) to dismiss this case; and

3. In addition to the foregoing, any and all additional findings of fact and conclusions of law orally set forth on the record at the time of the hearing on the Motion are adopted and incorporated herein pursuant to Fed.R.Civ.P. 52(a) and Fed.R.Bank.P. 7052.

PROPOSED ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-11541-CMA    Doc 32-2    Filed 06/25/20    Ent. 06/25/20 08:18:38    Pg. 3 of 4

Based upon the foregoing,

IT IS HEREBY ORDERED THAT:

A.   This chapter 11 case is hereby dismissed.

B.   The Clerk of the Court shall forthwith provide notice of the dismissal of this case to the Debtor, all creditors, and other parties in interest.

///END OF ORDER///

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Hilary Bramwell Mohr*
Hilary Bramwell Mohr, WSBA #40005
Attorney for United States Trustee

PROPOSED ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA  98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-11541-CMA    Doc 32-2    Filed 06/25/20    Ent. 06/25/20 08:18:38    Pg. 4 of 4