| | |
|---|---|
| Brad L. Puffpaff WSBA No. 46434<br>Bountiful Law, PLLC<br>4620 200th St. SW, Suite D<br>Lynnwood, WA 98036 | The Honorable Christopher M. Alston<br>United States Bankruptcy Judge |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>V.S. INVESTMENT ASSOC., LLC,<br><br><br><br><br><br>Debtor(s). | Chapter 11<br><br>NO. **20-11541**<br><br>***EX PARTE* APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT FOR THE ESTATE** |

The Debtor in Possession, through its attorney Bountiful Law PLLC, apply to this Court for authority to employ Shawn Perry of Windermere Real Estate North, as real estate agent for their Chapter 11 bankruptcy estate and in support thereof states as follows:

1. On May 29, 2020, the above-named debtor filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Western District of Washington at Seattle.

2. The Debtor desires to hire Shawn Perry of Windermere Real Estate North Inc., to sell real properties located at 2463, 2465, 2467, and 2469 South College Street, Seattle, WA 98144, on behalf of the estate on a 6% commission basis, subject to Court approval after notice and a hearing. Copies of the proposed listing agreements are attached as Exhibit A.

| | |
|---|---|
| Application to Employ | Lawrence M. Blue, Attorney<br>Bountiful Law, PLLC<br>4620 200th Street SW, Suite D<br>Lynnwood, WA 98036<br>425-775-9700 Fax 425-645-8088 |

3. There are no known connections between Shawn Perry, and the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as set forth above.

4. This application is supported by the Declaration of Shawn Perry filed herewith.

5. Debtor's Attorney cause a copy of this application to be delivered to the U.S. Trustee by email on June 26, 2020. (See Declaration of Brad L. Puffpaff) The UST has indicated it has no objection to filing the application ex parte. *Id.*

6. No notice to creditors or interested parties of this motion is required pursuant to 11 U.S.C. section 102(1) and FRBP 2002.

WHEREFORE, the Debtor applies to the Court for an order authorizing the employment of Shawn Perry to list and sell property of the estate as described in this application as of the date this application.

Respectfully Submitted:

DATED this 30th day of June 2020 .          Bountiful Law, PLLC

/S/ Brad L Puffpaff
Brad L Puffpaff WSBA #46434
Attorneys for Debtor

Application to Employ

Lawrence M. Blue, Attorney
Bountiful Law, PLLC
4620 200th Street SW, Suite D
Lynnwood, WA 98036
425-775-9700 Fax 425-645-8088