Brad L. Puffpaff WSBA No. 46434
Bountiful Law, PLLC
4620 200th St. SW, Suite D
Lynnwood, WA 98036

The Honorable Christopher M. Alston
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>V.S. INVESTMENT ASSOC., LLC,<br><br><br><br>Debtor(s). | Chapter 11<br><br>NO. **20-11541**<br><br>DECLARATION OF NO CONFLICT OF REAL ESTATE AGENT SHAWN PERRY |

Shawn Perry declares under penalty of perjury under the laws of the State of Washington as follows:

1. I am a Real Estate Agent licensed in the State of Washington and my office is located at Windermere Real Estate North Inc., 4211 Alderwood Mall Blvd, Suite 110, Lynnwood, WA 98036, and I submit this declaration in support of an Application and Order Authorizing Employment of Shawn Perry to serve as real estate agent for the Debtor's bankruptcy estate, and pursuant to Bankruptcy Rule 2014.

2. I have no known connections with the debtor, creditors, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United State Trustee.

3. I have reviewed Local Bankruptcy Rule 2016 in accordance with Local Bankruptcy Rule 2014.

Dated: June 30, 2020        */s/ Shawn Perry*
                            Shawn Perry (*Approved via email 6/30/2020*).

Application to Employ

Lawrence M. Blue, Attorney
Bountiful Law, PLLC
4620 200th Street SW, Suite D
Lynnwood, WA 98036
425-775-9700 Fax 425-645-8088