Bountiful Law, PLLC
4620 200th Street SW, Ste D
Lynnwood, WA 98036
Telephone: (425) 775-9700
Facsimile: (425) 645-8088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: | Chapter 11 |
|---|---|
| V.S. INVESTMENT ASSOC., LLC, | NO. **20-11541** |
| Debtor(s). | DECLARATION OF BRAD L. PUFFPAFF |

I, Brad L. Puffpaff, declare:

1. On June 26, 2020, I caused a copy of the Debtor's Application for Order Authorizing Employment of Real Estate Agent for the Estate to be delivered to the United States Trustee by email at USTPRegion18.SE.ECF@usdoj.gov pursuant to Local Bankruptcy Rule 2014-1(b). The UST has indicated it has no objection to filing the application ex parte.

I certify under penalty of perjury according to the laws of the United States of America the foregoing is true and correct to the best of my knowledge.

Dated this 30th day of June, 2020

BOUNTIFUL LAW, PLLC

By: /s/ Brad L. Puffpaff
Brad L. Puffpaff, WSBA No. 46434

Declaration

Bountiful Law, PLLC
4620 200th St. SW, Ste D
Lynnwood, WA 98036
(425)775-9700; Fax (425)633-2465

Case 20-11541-CMA    Doc 35-3    Filed 07/01/20    Ent. 07/01/20 08:41:42    Pg. 1 of 1