Bountiful Law, PLLC
4620 200th Street SW, Ste D
Lynnwood, WA 98036
Telephone: (425) 775-9700
Facsimile: (425) 645-8088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: | Chapter 11 |
|---|---|
| V.S. INVESTMENT ASSOC., LLC, | NO. **20-11541** |
| | PROOF OF SERVICE |
| Debtor(s). | |

## PROOF OF SERVICE BY MAIL

I, **Karryn Meeker**, declare that I am a resident of or employed in the County of Snohomish, State of **WA**. My address is **Lynnwood, WA**. I am over the age of eighteen years of age and am not a party to this case.

On **July 1, 2020**, I served Debtor's Statement in Response to Order Scheduling Case Management Conference on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **Lynnwood WA** addressed as follows:

All Creditors and parties requesting notice in the attached mailing matrix for noticing for case #20-11541 maintained by the bankruptcy court clerk for the Wester District of Washington – Seattle; and

Office of the Attorney General, Bankruptcy and Collections Unit, 800 Fifth Avenue, Suite 2000 Seattle, WA 98104

Proof of Service

Bountiful Law, PLLC
4620 200th St. SW, Ste D
Lynnwood, WA 98036
(425)775-9700; Fax (425)633-2465

| | |
|---|---|
| 1 | |
| 2 | United States Attorney's Office, Attn: Bankruptcy Assistant, 700 Stewart Street, Suite 5220 Seattle, WA 98101 |
| 3 | |
| 4 | Internal Revenue Service, 915 Second Ave., MS243, Seattle, WA 98174 |
| 5 | King County Treasury, Attn: Linda Crane Nelsen, 500 - 4th Avenue, #600, Seattle, WA 98104-2387 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **July 1, 2020**.

/S/ Karryn Meeker
**Signature**

Proof of Service

Bountiful Law, PLLC
4620 200th St. SW, Ste D
Lynnwood, WA 98036
(425)775-9700;  Fax (425)633-2465

```
Label Matrix for local noticing            Bountiful Law PLLC                     V S Investment Assoc LLC
0981-2                                     4620 200th St SW Ste D                 4415 Priest Point Dr. NW
Case 20-11541-CMA                          Lynnwood, WA 98036-6607                Marysville, WA 98271-6814
Western District of Washington
Seattle
Wed Jul  1 10:52:00 PDT 2020

U.S. Bankruptcy Court                      Ahmet amd Stephanie Gurbuz             Alpine Homes NW LLC
700 Stewart St, Room 6301                  500 106th Ave NE                       24106 7th Ave SE
Seattle, WA 98101-4441                     Unit 3101                              Bothell, WA 98021-9309
                                           Bellevue, WA 98004-8691


Arnie Willig                               BRMK Lending LLC                       BRMK Lending LLC
Hacker & Willig, PLLC                      1420 5TH AVE STE 2000                  c/o RSC Corporation
520 Pike Street, Suite 2500                Seattle, WA 98101-1348                 1201 3rd Ave Ste 3400
Seattle, WA 98101-4083                                                            Seattle, WA 98101-3268


City of Seattle                            City of Seattle                        City of Seattle
Department of Finance                      Dept of Planning and Dev               Treasury Dept A/R
700 Fifth Avenue #4250                     700 5th Ave Suite 1800                 PO Box 94626
Seattle, WA 98104-5020                     Seattle, WA 98104-5023                 Seattle, WA 98124-6926


Cyan Funding LLC                           Department of Transportation           (p)WA STATE DEPT OF LABOR & INDUSTRIES
3000 Northup Way                           State of Washington                    BANKRUPTCY UNIT
Suite 100                                  PO Box 47300                           PO BOX 44171
Bellevue, WA 98004-1446                    Olympia, WA 98504-7300                 OLYMPIA WA 98504-4171


Dept. of Justice Tax Division              Ecocline Exc. & Utilities LLC          First Financial Northwest Bank
PO Box 683                                 13822 NE 80th St                       PO Box 360
Ben Franklin Station                       Redmond, WA 98052-4040                 Renton, WA 98057-0360
Washington, DC 20044-0683


Helsell & Fetterman                        INTERNAL REVENUE SERVICE               (p)INTERNAL REVENUE SERVICE
1001 Fourth Ave                            SPECIAL PROCEDURES                     CENTRALIZED INSOLVENCY OPERATIONS
Suite 4200                                 915 1st AVE                            PO BOX 7346
Seattle, WA 98154-1154                     M/S 244                                PHILADELPHIA PA 19101-7346
                                           Seattle, WA 98104


Internal Revenue Service                   Jacob Stelmarkh                        James H Allendoerfer
CIO                                        10405 3rd Ave SE                       1322 Avenue D
PO BOX 7346                                Everett, WA 98208-3958                 Snohomish, WA 98290-1746
Philadelphia, PA
19101-7346


Joseph Stelmarkh                           King County Attorney                   King County Treasury Operation
10405 3rd Ave SE                           King County Courthouse                 500 Fourth Avenue
Everett, WA 98208-3958                     516 Third Avenue Rm W554               Room 600
                                           Seattle, WA 98104-2362                 Seattle, WA 98104-2340


PBRELF I, LLC                              PMT Solutions LLC                      Paul Fedoroy
1420 5th Ave Ste 2000                      2330 130th Ave NE Ste 101              2227 Merchant Way
Seattle WA 98101-1348                      Bellevue, WA 98005-1756                Everett, WA 98208-2431
```

| | | |
|---|---|---|
| Paul Greben<br>24106 7th Ave SE<br>Bothell, WA 98021-9309 | Sandler Architects LLC<br>927 Rainier Ave S.<br>Seattle, WA 98144-2839 | Seattle City Attorney's Office<br>701 Fifth Avenue<br>Suite 2050<br>Seattle, WA 98104-7095 |
| Seattle Dept of Construction<br>and Inspections<br>700 5th Avenue<br>Suite 2000<br>Seattle, WA 98104-5070 | Seattle Dept of Transportation<br>PO Box 34996<br>Seattle, WA 98124-4996 | Seattle Public Utilities<br>700 5th Avenue<br>Seattle, WA 98104-5004 |
| Serhiy Pashchuk<br>29759 3rd Ave S<br>Federal Way, WA 98003-3618 | Snohomish County PUD<br>PO Box 1107<br>Everett, WA 98206-1107 | Snohomish County Treasurer<br>3000 Rockefeller Ave<br>M/S 501<br>Everett, WA 98201-4071 |
| State of Wa DOR<br>PO Box 4400<br>Olympia, WA 98501-0400 | Stay Cool AC & Heating<br>29759 3rd Ave S<br>Federal Way, WA 98003-3618 | Stuart Heath<br>Elliott Bay Asset Solutions<br>2535 152nd Avenue NE<br>Suite B2<br>Redmond, WA 98052-5537 |
| United States Attorney<br>Attn: Bankruptcy Assistant<br>700 Stewart Street, Room 5220<br>Seattle, WA 98101-4438 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Valentin & Viktoriya Stelmakh<br>4415 Priest Point Dr. NW<br>Marysville, WA 98271-6814 |
| Veristone Funding LLC<br>6725 116th Avenue NE<br>Suite 210<br>Kirkland, WA 98033-8455 | Washington Attorney General<br>Bankruptcy & Collections<br>800 Fifth Avenuem, Suite 2000<br>Seattle, WA 98104-3188 | Brad L Puffpaff<br>Bountiful Law, PLLC<br>4620 200th Street Sw<br>Suite D<br>Lynnwood, WA 98036-6607 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dept of Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504 | Internal Revenue Service<br>ACS Support<br>PO Box 24017<br>Fresno, CA 93779 | (d)Internal Revenue Service<br>Insolvency Section<br>PO Box 21125<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BRMK Lending, LLC | (u)Courtesy NEF | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     2<br>Total                  49 |