**Below is the Order of the Court.**

**Christopher M. Alston
U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Chapter 11 |
|---|---|
| V.S. INVESTMENT ASSOC., LLC, | NO. **20-11541** |
|  |  |
|  | EX PARTE ORDER AUTHORIZING EMPLOYMENT OF SHAWN PERRY AS REAL ESTATE AGENT |
| Debtor(s). |  |

ORDER

Order Employing
Realtor

Bountiful Law, PLLC
4620 200th Street SW, Suite D
Lynnwood, WA 98036
425-775-9700 Fax 425-645-8088

**Below is the Order of the Court.**

1  The Court having considered the application of the Debtor to employ a realtor for the sale of the properties located at 2463, 2465, 2467, and 2469 South College Street, Seattle, WA 98144, and it appearing that realtor Shawn Perry of Windermere Real Estate North Inc. is a disinterested person, and that the employment of Shawn Perry by the Debtor is in the best interest of the estate; it is hereby:

ORDERED that the Debtor is authorized to employ Shawn Perry of Windermere Real Estate North Inc., as realtor for the Debtor's estate, with compensation to be paid in such amount as may be allowed by the Court upon proper application therefore.

/// End of Order///

Presented by:

Bountiful Law, PLLC

/S/ Brad Puffpaff
Brad L Puffpaff, WSBA #46434
Attorneys for Debtor

Order Employing
Realtor

Bountiful Law, PLLC
4620 200th Street SW, Suite D
Lynnwood, WA 98036
425-775-9700 Fax 425-645-8088

Case 20-11541-CMA    Doc 38    Filed 07/02/20    Ent. 07/02/20 09:44:02    Pg. 2 of 2