Brad L. Puffpaff WSBA No. 46434
Attorney at Law
4620 200th Street SW, Ste D
Lynnwood, WA 98036

The Honorable Christopher M. Alston
United States Bankruptcy Judge
Hearing Date:  July 31, 2020
Hearing Time:  9:30 AM
Hearing Location:  Telephonic
Response Date: July 24, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

V. S. Investment Assoc., LLC


                    Debtor.

IN PROCEEDINGS UNDER CH. 11

NO.   20-11541-CMA

NOTICE OF HEARING
FOR MOTION FOR SALE

PLEASE TAKE NOTICE that the debtor's Motion to for Order Approving Sale of Real Property Free and Clear of Liens IS SET FOR HEARING as follows:

      The Honorable Christopher M. Alston
      United States Bankruptcy Judge
      Hearing Date: July 31, 2020
      Hearing Time: 9:30 a.m.
      Hearing Location:  Telephonic
      <u>Telephonic Hearing Instructions</u>

      (1) Dial: 1-888-363-4749

      (2) Enter Access Code: 8955076#

      (3) Press the # sign

      (4) Enter Security Code when prompted: 3564#

      (5) Speak your name when prompted

Bountiful Law PLLC
4620 200th Street SW, Suite D
Lynnwood, WA  98036
(425) 775-9700 / (Fax) (425) 633-2465

Notice of Hearing

IF YOU OPPOSE the motion, you must file your written response with the Court Clerk and serve a copy on the debtor's attorney NOT LATER THAN THE RESPONSE DATE, which is **July 24, 2020**.  IF NO RESPONSE IS TIMELY FILED AND SERVED, the court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Date: <u>July 7, 2020</u>                    <u>/S/ Brad L. Pufflaff</u>, WSBA 46434

Debtor's Attorney

Bountiful Law PLLC
4620 200th Street SW, Suite D
Lynwood, WA  98036
(425) 775-9700 / (Fax) (425) 633-2465