IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>TYLER FRANCIS BJORGO and,<br>TAMI C. BJORGO<br><br>Debtors. | IN PROCEEDINGS UNDER CH. 13<br><br>NO.   18-13999<br><br>ORDER APPROVING SALE<br>OF REAL PROPERTY FREE<br>AND CLEAR OF LIENS |

**ORDER**

Order for Sale

Bountiful Law, PLLC
4620 200th Street SW, Suite D
Lynnwood, WA  98036

(425) 775-9700 / (fax) (425) 633-2465

THIS MATTER, having come before the Court upon debtor in possession's Motion for Order Approving Sale of Real Property Free and Clear of Liens, and the Court being fully advised in the premises, now therefore:

IT IS HEREBY ORDERED that V.S. Investment Assoc., LLC is authorized to sell the estates interest in real property located at 2469 S College Street, Seattle, WA 98144, for the sum of $1,025,000.00 to Thomas M. Kranzle, and/or assigns.

IT IS FURTHER ORDERED that the Residential Real Estate Purchase and Sale Agreement between V.S. Investment Assoc LLC and Thomas M. Kranzle, and/or assigns, shall be and is hereby approved.

IT IS FURTHER ORDERED that at closing, after paying real estate commissions, taxes and other closing costs, the first position Deed of Trust of BRMK Lending, LLC, successor by merger to PBRELF I, LLC, shall be paid the remaining proceeds, as satisfaction of its lien against this property.

IT IS FURTHER ORDERED that the sale shall be free and clear of all liens and interest, and this Order shall constitute the equivalent of a request for reconveyance from deed of trust holders BRMK Lending LLC and Paul Geben, and a complete release of the lien and encumbrance by BRMK Lending LLC, Paul Geben, and Ecocline Excavation & Utilities LLC.

Order for Sale

Bountiful Law, PLLC
4620 200th Street SW, Suite D
Lynnwood, WA 98036

(425) 775-9700 / (fax) (425) 633-2465

IT IS FURTHER ORDERED that the necessary costs of sale, including real estate commissions, taxes and other closing costs, shall be and are hereby approved and may be paid from the proceeds of the sale.

IT IS FURTHER ORDERED that this order shall be effective immediately. Specifically, the 14-day stay provided for in Rule 6004(h) is waived

//END OF ORDER//

Presented by: /S/ Brad L Puffpaff
Brad L. Puffpaff, WSBA No. 46434

Order for Sale

Bountiful Law, PLLC
4620 200th Street SW, Suite D
Lynnwood, WA 98036

(425) 775-9700 / (fax) (425) 633-2465