Form UST-19

# MONTHLY FINANCIAL REPORT FOR
# NON-OPERATING CORPORATION OR PARTNERSHIP

Case No. 20-11541-CMA  
Debtor V.S. Investment Assoc., LLC  

Report month June  
Year 2020

| | Yes | No |
|---|---|---|
| **INSTRUCTIONS:** This form may only be used if specifically authorized by court order for this case. Answer *all* questions and attach additional sheets if necessary to provide complete responses. | | |
| 1. The debtor certifies that it did *not* operate a business during the reporting month, and that its financial activity for the reporting month is fully disclosed in this report. | ✓ | |
| 2. Did the debtor, or a third party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during this reporting month? *If yes*, identify each asset, date of court approval, method of disposition, and *gross* and *net* sale proceeds received. If real property was sold, attach a copy of the closing statement. If assets were sold at auction, attach a copy of the auctioneer's report. | | ✓ |
| 3. Is the debtor holding any funds in an account at a financial institution? *If yes*, attach a copy of the bank statement for this reporting month for each account. | | ✓ |
| 4. Are any of the debtor's funds, or funds in which the debtor has an interest, held by debtor's counsel, an escrow company, or another third party on behalf of the debtor? *If yes*, identify the party or entity holding the funds, the amount of funds held, and the purpose for which the funds are held. Attach a copy of the statement for this reporting month for each such bank or trust account.<br>- Bountiful Law PLLC, $8,000.00 held in IOLTA account for post petition legal fees. | ✓ | |
| 5(a). Did the debtor collect any accounts receivable during this reporting month? *If yes*, list each collection by account payor, date received, and dollar amount. | | ✓ |

Monthly Financial Report for Non-Operating Corporation or Partnership (UST-19)  
United States Trustee – Western District of Washington

Page 1 of 4  
(Dec 2017)

Case 20-11541-CMA    Doc 45    Filed 07/14/20    Ent. 07/14/20 13:33:47    Pg. 1 of 5

|  | Yes | No |
|---|---|---|
| 5(b). What was the debtor's accounts receivable *balance* at the end of the reporting month? `0`<br><br>What portion of the debtor's accounts receivable balance is considered uncollectible? `na` | | |
| 6. Excluding receipts disclosed in 2 and 5(a) above, did the debtor or a third party on behalf of the debtor receive other funds during this reporting month? *If yes*, list each receipt by payor, date received, dollar amount, and nature of the transaction. | ☐ | ☑ |
| 7(a). Did the debtor or another party on behalf of the debtor make payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? *If yes*, list each payment to a professional, and include the payee, payment date, dollar amount, and date of court approval. | ☐ | ☑ |
| 7(b). Did the debtor or another party on behalf of the debtor make any payments during this reporting month to an insider, such as an officer, director, or partner of the debtor? *If yes*, list each payment and show the payee, date, dollar amount, and nature of payment (e.g., expense reimbursement, loan repayment, draw, salary, wages, bonus, dividend, stock distribution, or other explanation). | ☐ | ☑ |
| 7(c). Excluding payments listed in 7(a) and 7(b) above, did the debtor or another party on behalf of the debtor make any other payments during this reporting month? *If yes*, for each payment show the source of funds, payee, date, dollar amount, and purpose.<br><br>**Debtor acquired an insurance policy and contractor's bond through Sexton Agency LLC June 2020 for a total of $6,840. Payment was made by the sister of Debtor's members.** | ☑ | ☐ |

Monthly Financial Report for Non-Operating Corporation or Partnership (UST-19)  
United States Trustee – Western District of Washington

Page 2 of 4  
(Dec 2017)

Case 20-11541-CMA    Doc 45    Filed 07/14/20    Ent. 07/14/20 13:33:47    Pg. 2 of 5

|  | Yes | No |
|---|---|---|
| 7(d). Total payments (disbursements) during the reporting month as reported in 7(a), 7(b), and 7(c) above: $6,840.00 | | |
| 8. Did the debtor incur any tax debt during the reporting month? *If yes*, for each debt list the taxing agency to whom the debt was incurred, amount due, tax period, and payment due date. Include an explanation for any *delinquent* post-petition taxes.<br>-King County Treasurer, 1st half 2020 property taxes. Due June 30th. To be paid through sell of properties.<br>Total tax debt incurred this month: $3,904.00<br><br>Total *unpaid post-petition* tax debt from prior months: $3,904.00 | ☐ | ☐ |
| 9. Did the debtor incur any debt during the reporting month for *post-petition* professional fees and expenses? *If yes*, list each professional and show the *estimated* amount of debt incurred this month for fees and expenses.<br><br>-Bountiful Law PLLC, - $9300<br><br>Total estimated professional fees and expenses incurred this month: $9300.00<br><br>Total estimated *unpaid post-petition* professional fees and expenses from prior months: $9300.00 | ✓ | ☐ |
| 10. <u>Excluding taxes and professional fees and expenses reported in 8 and 9 above</u>, did the debtor incur *other* debt during the reporting month? *If yes*, for each new debt list the person or entity to whom the debt is owed, amount due, nature of debt, and payment due date.<br><br>Total other debt incurred this month:<br><br>Total other *unpaid post-petition* debt from prior months: | ☐ | ✓ |

Monthly Financial Report for Non-Operating Corporation or Partnership (UST-19)  
United States Trustee – Western District of Washington

Page 3 of 4  
(Rev. 2017)

Case 20-11541-CMA    Doc 45    Filed 07/14/20    Ent. 07/14/20 13:33:47    Pg. 3 of 5

| | Yes | No |
|---|---|---|
| 11. Were there any changes in the debtor's insurance coverage during the reporting month? *If yes*, explain. | ☐ | ✓ |
| 12. Has the debtor timely paid statutory fees owing to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6)? *If no*, explain. Note: Statutory fee payments are due for each calendar quarter no later than April 30, July 31, October 31, and January 31, respectively. | ✓ | ☐ |
| 13. Explain what progress the debtor made during this reporting month toward confirmation of a plan of reorganization. Include a description of significant events or new developments in the case. | | |

## CERTIFICATION

The debtor agrees to immediately notify the United States Trustee if its operations resume, and thereafter to file complete monthly financial reports in compliance with Local Bankruptcy Rule 2015-2 and the United States Trustee's requirements.

I certify under penalty of perjury that the information contained in this monthly financial report is complete, true, and correct to the best of my knowledge, information and belief.

**SIGNATURE INSTRUCTIONS:** If the debtor is a corporation, an officer or director must sign this report. If the debtor is a partnership, the signature of a general partner is required. If a trustee has been appointed, the trustee must sign below. *Debtor's counsel may not sign this report on behalf of the debtor.*

Signature _[signature]_  Date 7/13/2020
Title Member

Monthly Financial Report for Non-Operating Corporation or Partnership (UST-19)  Page 4 of 4
United States Trustee – Western District of Washington  (Dec 2017)

Case 20-11541-CMA    Doc 45    Filed 07/14/20    Ent. 07/14/20 13:33:47    Pg. 4 of 5

# Bountiful Law, PLLC
# Trust Ledger Report (07/14/2020)

Dates: 06/01/2020 - 06/30/2020

VS Investment Assoc. LLC.

IOLTA

| Date | Source/Recipient | Reference | Matter | Funds Out | Funds In | Balance |
|---|---|---|---|---|---|---|
| 06/02/2020 | - | - | 01230-VS. Investment Assoc. LLC-Stelmakh | | $8,000.00 | $8,000.00 |
| Advand Fee Deposit | | | | | | |
| | | | Closing Balance: | $0.00 | $8,000.00 | $8,000.00 |
| | | | Client Total: | $0.00 | $8,000.00 | $8,000.00 |