**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

CHRISTOPHER M. ALSTON
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| V S Investment Assoc LLC, | Case No.  20-11541 |
| | ORDER SETTING DEADLINE FOR FILING OF PLAN AND DISCLOSURE STATEMENT |
| Debtor. | |

     This matter came before the Court at the hearing held on July 10, 2020, and good cause appearing therefore,

     IT IS ORDERED that:

1.    The Debtor shall file a plan and disclosure statement by **October 30, 2020,** or alternatively, a letter explaining why a plan and disclosure statement are not ready and

Order - 1

otherwise describing the status of the case.  This court-ordered deadline shall not extend or waive any deadline for the filing of a plan that may be applicable to the debtor under 11 U.S.C. § 362(d)(3), or relating to the exclusivity period under 11 U.S.C. § 1121(b).

2.   The deadline for non-governmental creditors to file proofs of claim is **September 28, 2020**, *see* Fed. R. Bankr. P. 3003(c)(3).

///END OF ORDER///

Order - 2