# BOUNTIFUL LAW, PLLC

4620 200th Street SW, Ste D
Lynnwood, WA 98036
(425) 775-9700

Lawrence M. Blue • larry@bountifullaw.com
Brad L. Puffpaff • brad@bountifullaw.com
Reception • karryn@bountifullaw.com

July 28, 2020

Via ECF Filing

Honorable Christopher M. Alston
U.S. Bankruptcy Court
700 Stewart Street, Room 6301
Seattle, WA 98101

RE: Case No. 20-11541-CMA - *In re VS Investment Assoc. LLC*

Dear Judge Alston,

The debtor requests the Court's permission to continue its Motion for Order Approving Sale of Property Free and Clear of Liens for hearing on the Court's Chapter 13 calendar at 9:30 a.m. on August 20, 2020, provided the debtor files an amended notice of hearing and properly serves the notice and motion on all creditors by tomorrow July 29, 2020.

The debtor's motion is currently noted for hearing July 31, 2020 at 9:30 AM. It was served on creditors secured by the property. The motion was unopposed. The Purchase and Sale Agreement for the property has a closing date of August 31, 2020. The Court's August 20, 2020 calendar is the earliest that allows debtor to satisfy the 21 days noticing requirement under FRBP 2002(a)(2) and provide adequate time to resolve any potential issues that may arise prior to the scheduled closing date for the property.

Very Truly Yours,

*/s/ Brad L Puffpaff*
Brad Puffpaff #46434
Attorney for V.S. Investment Assoc., LLC

Case 20-11541-CMA    Doc 51    Filed 07/28/20    Ent. 07/28/20 15:46:22    Pg. 1 of 1