| | |
|---|---|
| Brad L. Puffpaff WSBA No. 46434<br>Attorney at Law<br>4620 200th Street SW, Ste D<br>Lynnwood, WA 98036 | The Honorable Christopher M. Alston<br>United States Bankruptcy Judge<br>Hearing Date: August 28, 2020<br>Hearing Time: 9:30 AM<br>Hearing Location: Telephonic<br>Response Date: August 21, 2020 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>V.S. INVESTMENT ASSOC., LLC,<br><br><br><br>Debtor(s). | Chapter 11<br><br>NO. **20-11541**<br><br><br>NOTICE OF HEARING. |

PLEASE TAKE NOTICE that the Bountiful Law PLLC's First Application for Interim Compensation and Reimbursement of Expenses is SET FOR HEARING as follows:

      The Honorable Christopher M. Alston
      United States Bankruptcy Judge
      Hearing Date: August 28, 2020
      Hearing Time: 9:30 a.m.
      Hearing Location: Telephonic

      <u>Instructions</u>
      (1) Dial: 1-888-363-4749
      (2) Enter Access Code: 8955076#
      (3) Press the # sign
      (4) Enter Security Code when prompted: 3564#
      (5) Speak your name when prompted

      Response Date: August 21, 2020

Notice of Hearing

Bountiful Law PLLC
4620 200th Street SW, Suite D
Lynwood, WA 98036

(425) 775-9700 / (Fax) (425) 633-2465

1  IF YOU OPPOSE the motion, you must file your written response with the Court Clerk and
2  serve a copy on the debtor's attorney NOT LATER THAN THE RESPONSE DATE, which is
3  **August 21, 2020**. IF NO RESPONSE IS TIMELY FILED AND SERVED, the court may, in its
4  discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE,
5  and strike the hearing.

      Date: August 6, 2020

      BOUNTIFUL LAW, PLLC

      <u>/S/ Brad L. Puffpaff</u>, WSBA #46434
      Brad L. Puffpaff
      Attorney for V.S. Investment Assoc. LLC

Notice of Hearing