

**Elizabeth H. Shea**
**Attorney at Law**

August 11, 2020

<u>VIA ECF FILING</u>

Honorable Christopher M. Alston
U.S. Bankruptcy Court
700 Stewart Street, Room 6301
Seattle, WA 98101

    Re:    *Case No. 20-11541-CMA - In re VS Investment Assoc. LLC*

Dear Judge Alston,

Creditor BRMK Lending, LLC ("BRMK") requests the Court's permission to continue its Motion to Dismiss Bankruptcy or for Relief from Stay and Abandonment to Proceed with Receivership (the "Motion") for hearing on the Court's Chapter 13 calendar at 9:30 a.m. on August 20, 2020. The Motion is currently set for hearing on August 14, 2020 at 9:30 a.m.

The Debtor's motion to authorize the sale of real property [Docket 40, 41, and 53] will be heard on the same calendar, and the Debtor has agreed to the continuance. Thank you for your consideration of this request.

        Sincerely,

        HACKER & WILLIG, INC., P.S.

        Elizabeth H. Shea

EHS/aks

Hacker & Willig, Inc., P.S.
ATTORNEYS AT LAW
www.hackerwillig.com

T: 206.340.1935    520 PIKE STREET, SUITE 2500
F: 206.340.1936    SEATTLE, WA 98101