Sameer M. Alifarag
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

August 12, 2020

<u>**Via CM/ECF**</u>

Elizabeth Shea
Hacker & Willig
520 Pike Street, Suite 2500
Seattle, WA 98101

      Re:   *V S Investment Assoc. LLC*, Case No. 20-11541-CMA
            Request to Continue Motion to Chapter 13 Calendar

Dear Ms. Shea:

The Court received your letter filed on August 11, 2020 [Docket No. 61], requesting permission to continue BRMK Lending LLC's Motion to Dismiss or for Relief from Stay and Abandonment to Proceed with Receivership [Docket Nos. 25 and 29] to the Court's August 20, 2020 Chapter 13 Calendar. Please be advised that Judge Alston has granted your request. The moving party and any party who has filed a response to the motion shall appear by phone, using the following procedure:

- Dial: 1−888−363−4749
- Enter Access Code: 8955076#
- Press the # sign
- Enter Security Code: 3564#
- Speak your name when prompted

Please do not hesitate to contact chambers should you have any questions.

Sincerely,

*[signature]*

Sameer M. Alifarag
Law Clerk to the Honorable Christopher M. Alston