# United States Bankruptcy Court
## Western District of Washington

In re **V.S. Investment Assoc., LLC**
Debtor(s)

Case No. **20-11541-CMA**
Chapter **11**

# PROOF OF SERVICE BY MAIL

I, <u>Karryn Meeker</u>, declare that I am a resident of or employed in the County of **Snohomish**, State of **WA**. My address is **4620 200th Street SW, Suite D, Lynnwood, WA 98036**. I am over the age of eighteen years of age and am not a party to this case.

On **August 25, 2020**, I served the Notice of Hearing, Motion for Order Approving Sale of Property Free and Clear of Liens, and Proposed Order on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **Lynnwood, WA** addressed as follows:

All creditors and parties requesting notice in the
attached mailing matrix for noticing for case
#20-11541-CMA maintained by the bankruptcy court
clerk for the Western District of Washington - Seattle

**The following parties were served via ECF on the date the pleading was filed:**

Katie J Comstock on behalf of Interested Party Courtesy NEF
katie@levy-law.com, melissa@levy-law.com;sechastain@levy-law.com

Hilary Bramwell Mohr on behalf of US Trustee United States Trustee
hilary.b.mohr@usdoj.gov,tara.maurer@usdoj.gov;Martha.A.VanDraanen@USDOJ.GOV;Young-Mi.Petteys@USDOJ.GOV

Elizabeth H Shea on behalf of Creditor BRMK Lending, LLC
eshea@hackerwillig.com,arnie@hackerwillig.com;charlie@hackerwillig.com;anna@hackerwillig.com;courtney@hackerwillig.com

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

Arnold M. Willig on behalf of Creditor BRMK Lending, LLC
arnie@hackerwillig.com,charlie@hackerwillig.com;anna@hackerwillig.com;eshea@hackerwillig.com;courtney@hackerwillig.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **August 25, 2020**

**/S/ Karryn Meeker**
**Signature**

```
Label Matrix for local noticing          Bountiful Law PLLC                    V S Investment Assoc LLC
0981-2                                   4620 200th St SW Ste D                4415 Priest Point Dr. NW
Case 20-11541-CMA                        Lynnwood, WA 98036-6607               Marysville, WA 98271-6814
Western District of Washington
Seattle
Tue Aug 25 08:30:34 PDT 2020

U.S. Bankruptcy Court                    Ahmet amd Stephanie Gurbuz            Alpine Homes NW LLC
700 Stewart St, Room 6301                500 106th Ave NE                      24106 7th Ave SE
Seattle, WA 98101-4441                   Unit 3101                             Bothell, WA 98021-9309
                                         Bellevue, WA 98004-8691

Arnie Willig                             BRMK Lending LLC                      BRMK Lending LLC
Hacker & Willig, PLLC                    1420 5TH AVE STE 2000                 c/o RSC Corporation
520 Pike Street, Suite 2500              Seattle, WA 98101-1348                1201 3rd Ave Ste 3400
Seattle, WA 98101-4083                                                         Seattle, WA 98101-3268

Bank of America, N.A.                    City of Seattle                       City of Seattle
P O Box 982284                           Department of Finance                 Dept of Planning and Dev
El Paso, TX 79998-2284                   700 Fifth Avenue #4250                700 5th Ave Suite 1800
                                         Seattle, WA 98104-5020                Seattle, WA 98104-5023

City of Seattle                          Cyan Funding LLC                      Department of Transportation
Treasury Dept A/R                        3000 Northup Way                      State of Washington
PO Box 94626                             Suite 100                             PO Box 47300
Seattle, WA 98124-6926                   Bellevue, WA 98004-1446               Olympia, WA 98504-7300

(p)WA STATE DEPT OF LABOR & INDUSTRIES   Dept. of Justice Tax Division         Ecocline Exc. & Utilities LLC
BANKRUPTCY UNIT                          PO Box 683                            13822 NE 80th St
PO BOX 44171                             Ben Franklin Station                  Redmond, WA 98052-4040
OLYMPIA WA 98504-4171                    Washington, DC 20044-0683

First Financial Northwest Bank           Helsell & Fetterman                   INTERNAL REVENUE SERVICE
PO Box 360                               1001 Fourth Ave                       SPECIAL PROCEDURES
Renton, WA 98057-0360                    Suite 4200                            915 1st AVE
                                         Seattle, WA 98154-1154                M/S 244
                                                                               Seattle, WA 98104

(p)INTERNAL REVENUE SERVICE              Internal Revenue Service              Jacob Stelmarkh
CENTRALIZED INSOLVENCY OPERATIONS        CIO                                   10405 3rd Ave SE
PO BOX 7346                              PO BOX 7346                           Everett, WA 98208-3958
PHILADELPHIA PA 19101-7346               Philadelphia, PA
                                         19101-7346

James H Allendoerfer                     Joseph Stelmarkh                      King County Attorney
1322 Avenue D                            10405 3rd Ave SE                      King County Courthouse
Snohomish, WA 98290-1746                 Everett, WA 98208-3958                516 Third Avenue Rm W554
                                                                               Seattle, WA 98104-2362

King County Treasury Operation           PBRELF I, LLC                         PMT Solutions LLC
500 Fourth Avenue                        1420 5th Ave Ste 2000                 2330 130th Ave NE Ste 101
Room 600                                 Seattle WA 98101-1348                 Bellevue, WA 98005-1756
Seattle, WA 98104-2340
```

| | | |
|---|---|---|
| Paul Fedoroy<br>2227 Merchant Way<br>Everett, WA 98208-2431 | Paul Greben<br>24106 7th Ave SE<br>Bothell, WA 98021-9309 | Sandler Architects LLC<br>927 Rainier Ave S.<br>Seattle, WA 98144-2839 |
| Seattle City Attorney's Office<br>701 Fifth Avenue<br>Suite 2050<br>Seattle, WA 98104-7095 | Seattle Dept of Construction<br>and Inspections<br>700 5th Avenue<br>Suite 2000<br>Seattle, WA 98104-5070 | Seattle Dept of Transportation<br>PO Box 34996<br>Seattle, WA 98124-4996 |
| Seattle Public Utilities<br>700 5th Avenue<br>Seattle, WA 98104-5004 | Serhiy Pashchuk<br>29759 3rd Ave S<br>Federal Way, WA 98003-3618 | Snohomish County PUD<br>PO Box 1107<br>Everett, WA 98206-1107 |
| Snohomish County PUD #1<br>PO BOX 1107<br>EVERETT, WA 98206-1107 | Snohomish County Treasurer<br>3000 Rockefeller Ave<br>M/S 501<br>Everett, WA 98201-4071 | State of Wa DOR<br>PO Box 4400<br>Olympia, WA 98501-0400 |
| Stay Cool AC & Heating<br>29759 3rd Ave S<br>Federal Way, WA 98003-3618 | Stuart Heath<br>Elliott Bay Asset Solutions<br>2535 152nd Avenue NE<br>Suite B2<br>Redmond, WA 98052-5537 | Susan Sullivan<br>4445 California Ave SW<br>Seattle, WA 98116-4108 |
| United States Attorney<br>Attn: Bankruptcy Assistant<br>700 Stewart Street, Room 5220<br>Seattle, WA 98101-4438 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Valentin & Viktoriya Stelmakh<br>4415 Priest Point Dr. NW<br>Marysville, WA 98271-6814 |
| Veristone Funding LLC<br>6725 116th Avenue NE<br>Suite 210<br>Kirkland, WA 98033-8455 | Washington Attorney General<br>Bankruptcy & Collections<br>800 Fifth Avenuem, Suite 2000<br>Seattle, WA 98104-3188 | Brad L Puffpaff<br>Bountiful Law, PLLC<br>4620 200th Street Sw<br>Suite D<br>Lynnwood, WA 98036-6607 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dept of Labor & Industries<br>PO Box 44170<br>Olympia, WA 98504 | Internal Revenue Service<br>ACS Support<br>PO Box 24017<br>Fresno, CA 93779 | (d)Internal Revenue Service<br>Insolvency Section<br>PO Box 21125<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BRMK Lending, LLC     (u)Courtesy NEF     (u)Shawn Perry
                                              Windermere Real Estate North Inc

**End of Label Matrix**
**Mailable recipients**   50
**Bypassed recipients**    3
**Total**                 53