Brad L. Puffpaff WSBA No. 46434
Attorney at Law
4620 200th Street SW, Ste D
Lynnwood, WA 98036

The Honorable Christopher M. Alston
United States Bankruptcy Judge
Hearing Date: October 2, 2020
Hearing Time: 9:30 AM
Hearing Location: Telephonic
Response Date: September 25, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>V. S. Investment Assoc., LLC<br><br><br><br>Debtors. | IN PROCEEDINGS UNDER CH. 11<br><br>NO. 20-11541-CMA<br><br>MOTION FOR ORDER APPROVING SALE OF PROPERTY FREE AND CLEAR OF LIENS |

## I. FACTS

Debtor filed this Chapter 11 Bankruptcy Petition on May 29, 2020. Debtor listed an ownership interest in real property 2467 S College Street, Seattle, WA 98144. Debtor in possession ("DIP"), engaged the services of Shawn Perry with Windemere Real Estate North, Inc to list the property for sale and on July 2, 2020 this Court approved the Application to appoint Shawn Perry as real estate agent for the estate. The property was listed for sale the same day. On August 30, 2020, an offer to purchase the property for $749,950.00 was received. (*See* Declaration of Valentin Stelmakh) The offer is $124,950.00 higher than any previous offer. *Id.* The present offer is the highest and best offer received. *Id.*

Motion to Sale

Bountiful Law PLLC
4620 200th Street SW, Suite D
Lynwood, WA 98036
(425) 775-9700 / (Fax) (425) 633-2465

Case 20-11541-CMA    Doc 73    Filed 09/03/20    Ent. 09/03/20 18:19:42    Pg. 1 of 3

The subject property is one of a four-unit real estate development project listed on Debtor's Schedule A/B at an estimated $3,600,000.00. *Id.* All four units are encumbered by liens in the following priority and amounts:

| Creditor | Recording Date | Approx Amount Due |
|---|---|---|
| BRMK Lending, LLC | 4/21/2016 | $4,236,395.95 * |
| Paul Greben | 1/16/2020<br>1/21/2020 amended | $ 598,500.00 |
| Ecocline Exc. & Utilities LLC | 1/30/2020 | $ 137,205.00 |

*amount disputed by Debtor*

## II. MOTION

COMES NOW the DIP, by and through the undersigned attorney, and moves the Court for an order permitting the sale of real property located at 2467 S College Street, Seattle, WA 98144; legally described as:

PARCEL A:

PARCEL C OF CITY OF SEATTLE SHORT SUBDIVISION NO. 3026706-LU, RECORDED JUNE 27, 2019 UNDER RECORDING NUMBER 20190627900001, RECORDS OF KING COUNTY, WASHINGTON.

PARCEL B:

A NON EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND PEDESTRIAN ACCESS AS DELINEATED ON CITY OF SEATTLE SHORT SUBDIVISION NO. 3026706-LU, RECORDED JUNE 27, 2019 UNDER RECORDING NUMBER 20190627900001, RECORDS OF KING COUNTY, WASHINGTON.

free and clear of all liens, for the sum of $749,950.00 to Srinath Subramanyam Venigandla and Lakshmi Sindura Nadella, and/or assigns.

Motion to Sale

Bountiful Law PLLC
4620 200th Street SW, Suite D
Lynwood, WA 98036
(425) 775-9700 / (Fax) (425) 633-2465

Case 20-11541-CMA   Doc 73   Filed 09/03/20   Ent. 09/03/20 18:19:42   Pg. 2 of 3

The DIP also seeks authority to pay the first position Deed of Trust of BRMK Lending, LLC, successor by merger to PBRELF I, LLC all remaining proceeds after costs of closing, including real estate commissions, taxes, United States Trustee fees and other closing costs, as satisfaction of its lien against this property.

Debtors seek waiver of the 14-day period under Bankruptcy Rule 6004(h).

DATED: September 3, 2020

/S/ Brad L Puffpaff
Brad L. Puffpaff, WSBA No. 46434

Motion to Sale

Bountiful Law PLLC
4620 200th Street SW, Suite D
Lynwood, WA 98036
(425) 775-9700 / (Fax) (425) 633-2465