

**Submitted But not Entered.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED:** Counsel for the moving party and the debtor shall appear by phone on the Court's September 18, 2020 motion calendar at 9:30 a.m. to discuss certain provisions of the order.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| In re:<br><br>V.S. INVESTMENT ASSOC, LLC,<br><br>Debtor. | No. 20-11541-CMA<br><br>**STIPULATED ORDER GRANTING BRMK LENDING, LLC'S MOTION TO DISMISS OR FOR RELIEF FROM STAY TO PROCEED WITH RECEIVERSHIP** |
|---|---|

THIS MATTER was brought before the Court on the Motion of BRMK Lending, LLC ("BRMK"), a holder and beneficiary of a deed of trust against real property owned by V.S. Investment Assoc, LLC ("V.S. Investment" or the "Debtor").

BRMK's Motion sought an Order Dismissing the Bankruptcy or Granting Relief from Stay to allow the Receivership over property of the estate to move forward (the "Motion"). BRMK has demonstrated that grounds exist to dismiss the bankruptcy and has also met the requirements for relief from the automatic stay under 11 U.S.C. § 362(d) and for abandonment under 11 U.S.C. § 554(b). The Debtor has agreed to entry of an Order granting BRMK's Motion upon the conditions outlined below. The Court has also considered the records and files herein, including BRMK's Motion, Declarations of Stuart Heath and Stephanie Jenkins filed in support thereof; and the Objection to BRMK's Motion to Dismiss and for Relief from Stay Re: Receivership. The

ORDER GRANTING HERITAGE BANK'S MOTION TO
PROCEED WITH RECEIVERSHIP - 1

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 76    Filed 09/09/20    Ent. 09/09/20 10:56:47    Pg. 1 of 4

Court FINDS that there is good cause for the relief requested, that the Motion was properly noticed and served, and that the record is complete as to BRMK's Motion. Now, therefore, the Court hereby GRANTS BRMK's Motion based on the following terms:

1. BRMK's motion for relief from stay as to the College Street Property (described below) is hereby granted effective September 30, 2020, except as to any portion of the College Street Property that is under contract for sale as of September 30, 2020.

2. The portion(s) of the College Street Property that is under contract for sale by September 30, 2020, must close within sixty (60) days from the date of mutual acceptance, but in no case later than November 30, 2020. In any event, relief from stay is effective as to all of the College Street Property no later than November 30, 2020.

3. Any sales of any portion of the College Street Property shall be without satisfaction of the underlying debt unless such debt is paid in full from closing and all BRMK's loan documents shall remain in full force and effect.

4. Any deficiencies in the amount owed to BRMK after the sale or foreclosure of the College Street Property will remain subject to the personal guaranties and secured by BRMK's deed of trust on real property located at 4415 Priest Point Drive NW, Marysville, Washington, 98271 (the "Priest Point Property"). Payment on the deficiencies following the sale or foreclosure will need to be paid within twelve (12) months of the last sale or foreclosure of the College Street Property. During the repayment period, BRMK shall grant a moratorium from collecting on the personal guaranties and its deed of trust on the Priest Point Property unless allowed by further Court Order.

IT IS HEREBY ORDERED that following the conclusion of the dates referenced above for the sale and closing of the College Street Property, BRMK may proceed with receivership of all the Property securing its liens in King County Superior Court and that pursuant to 11 U.S.C. §§ 362(a) and 362(d), the automatic stay, to the extent it applied to the College Street Property, is terminated as to BRMK, so that BRMK may pursue receivership or other state law remedies, to enforce its security interest in the Property and/or as to enforcement of the loan obligations

**ORDER GRANTING HERITAGE BANK'S MOTION TO PROCEED WITH RECEIVERSHIP - 2**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA   Doc 76   Filed 09/09/20   Ent. 09/09/20 10:56:47   Pg. 2 of 4

secured by two Deeds of Trust that is the subject of BRMK's Motion, in particular against the College Street Property described as follows:

> Lots 1 and 2, Block "B", CITY GARDEN, according to the plat thereof recorded in Volume 10 of Plats, page 14, records of King County, Washington;
>
> EXCEPT the Westerly 20 feet of Lots 1 and 2 (measured along the North line of Lot 1 and the South line of Lot 2);
>
> AND EXCEPT the South 10 feet of Lot 2, (measured along the East line of said Lot 2).
>
> SITUATE in the County of King, State of Washington.
>
> PHYSICAL ADDRESS: 2463, 2465, 2467, and 2469 South College Street, Seattle, WA 98144
>
> ASSESSOR'S TAX PARCEL NO.: 159460-0090-08

And it is further

ORDERED that, as the Debtor is a necessary party, BRMK may, if necessary, subpoena Debtor's attendance and documents for deposition, and subpoena Debtor's testimony for trial, if any, in the receivership and/or any judicial foreclosure action, provided, however, that no *in personam* relief is sought or obtained against the Debtor by BRMK. And it is further

ORDERED that BRMK may, at its option, provide pleadings and notices to Debtor in relation to or in connection with a receivership as to the Property or foreclosure of its Deed of Trust against the Property; and BRMK may, at its option, offer, provide, and enter into any potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement with Debtor and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement. It is further

ORDERED that upon receiving relief from stay as to any portion of the College Street Property as outlined above, pursuant to 11 U.S.C. § 554(b), the College Street Property is hereby

**ORDER GRANTING HERITAGE BANK'S MOTION TO PROCEED WITH RECEIVERSHIP - 3**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA   Doc 76   Filed 09/09/20   Ent. 09/09/20 10:56:47   Pg. 3 of 4

abandoned. And it is further

ORDERED that that the fourteen-day time frame set forth in FRBP 4001(a)(3) shall be, and hereby is waived and that the order shall be in full force and effect upon signature.

/// End of Order ///

Presented by:

HACKER & WILLIG, INC., P.S.

*/s/ Arnold M. Willig*
Arnold M. Willig, WSBA #20104
Elizabeth H. Shea, WSBA #27189
Charles L. Butler, III, WSBA #36893
Attorneys for Petitioner
BRMK Lending, LLC

Stipulated to and Approved by:

BOUNTIFUL LAW, PLLC

*/s/ Brad Puffpaff*
Brad Puffpaff, WSBA #46434
Attorneys for Debtor

**ORDER GRANTING HERITAGE BANK'S MOTION TO PROCEED WITH RECEIVERSHIP - 4**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 20-11541-CMA    Doc 76    Filed 09/09/20    Ent. 09/09/20 10:56:47    Pg. 4 of 4